```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ANDREW C. JOHNSON,
11             Plaintiff,              No. CIV S-08-0462 FCD GGH P
12       vs.
13  STATE OF CALIFORNIA, et al.,
14             Defendants.             ORDER
15  _____/
16  ANDREW C. JOHNSON,
17             Plaintiff,              No. CIV S-08-0463 FCD GGH P
18       vs.
19  ALLEN P. CARTER, et al.,
20             Defendants.             ORDER
21  _____/
22          Plaintiff, a Solano County Jail inmate proceeding pro se, has filed two civil rights
23  actions pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma
24  pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his
25  prison trust account statement for the six month period immediately preceding the filing of the
26  complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a
```

1

certified copy of his prison trust account statement.

On February 23, 2008, plaintiff filed two complaints with the court which, on the face of it, make virtually identical allegations against the same defendants. The court will therefore direct that Case No. CIV S-08-0463 FCD GGH P be closed as duplicative.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

3. The Clerk of the Court shall close case CIV S-08-0463 FCD GGH P; and

4. The documents from the closed case shall be docketed in CIV S-08-0462 FCD GGH P.

DATED: 03/10/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb/009
john0462.3a+

2